UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60092-CIV-DIMITROULEAS/Snow

SOO KO,

      Plaintiff,

v.

MSC CRUISES, S.A.,

      Defendant.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Contact Information for Disclosed Prior Incident (ECF No. 23), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before July 12, 2017, the Defendant shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of July, 2017.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record