UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60092-CIV-DIMITROULEAS/Snow

SOO KO,

      Plaintiff,

v.

MSC CRUISES, S.A.,

      Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Contact Information for Disclosed Prior Incident (ECF No. 23) which was referred to Lurana S. Snow, United States Magistrate Judge. The motion is ripe for consideration.

In response, Defendant reports that after further conferral it has provided the passenger contact information requested. As Defendant's failure to provide the contact information was the only issue raised in the Plaintiff's motion, it appears that the motion is now moot. Being fully advised, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion to Compel Contact Information for Disclosed Prior Incident (ECF No. 23) is DENIED as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this 12th day of July, 2017.

                                                                                       LURANA S. SNOW
                                                                         UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties