IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-CV-60092

SOO KO,

    Plaintiff,

v.

MSC CRUISES, S.A.,

    Defendant.

_____/

**DEFENDANT MSC'S RESPONSE TO PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO FILE EXPERT DISCLOSURES**

Defendant MSC Cruises, S.A. (f/k/a MSC Crociere, S.A.) (hereinafter "MSC"), hereby files its Response to Plaintiff's Motion For Extension of Time to File Expert Disclosures (DE 40) and states as follows:

1.    On April 12, 2017 the Parties filed a Joint Scheduling Report ("JSR") [DE 15]. The JSR set the deadlines for expert witness disclosures on December 1, 2017, and deadline for rebuttal expert witness reports on December 20, 2017. The Court's own Scheduling Order did not address the expert witness and rebuttal report disclosure deadlines in the JSR and therefore these deadlines became part of the Court's Scheduling Order.[1]

2.    On April 13, 2017 the Court entered a Scheduling Order [DE 16] setting January 19 as the deadline to complete all discovery.

3.    On October 23, 2017, Plaintiff filed a Motion For Leave to File Plaintiff's Second Amended Complaint [DE 29] seeking to add a claim for over service of alcohol.

---

[1] The Scheduling Order stated that all "dates and other agreements between the parties not otherwise addressed herein shall be considered part of this Order." *See* DE 16.

1

4. On November 27, 2017, the Court granted Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint and Plaintiff filed her Second Amended Complaint the same day.

5. Plaintiff's instant Motion [DE 40] requests the court extend the December 1, 2017 expert disclosure deadline to January 2, 2018 to allow Plaintiff more time to hire experts to render an opinion on Plaintiff's new over service of alcohol claim. However, Plaintiff's Motion does not address related deadlines, including the December 20, 2017 deadline to exchange rebuttal expert witness report, the January 19, 2018 deadline for all discovery to be completed or the February 19 deadline to file substantive pretrial motions.

6. If the Court grants Plaintiff's Motion for Extension of Time to File Expert Disclosures, then once Plaintiffs make their initial expert disclosures, Defendant will also require additional time to conduct expert discovery, including time to depose Plaintiff's expert(s) and find and hire appropriate rebuttal expert witnesses which Plaintiff, in turn, may also wish to depose.

7. Plaintiff filed her Motion For Leave to File Plaintiff's Second Amended Complaint [DE 29] on October 23, 2017, has therefore has had sufficient time to locate and hire appropriate expert witnesses regarding the new over service of alcohol allegations. Defendant will be prejudiced if the expert disclosure deadline is extended without extending the other related deadlines discussed above.

8. Defendant requests the Court DENY plaintiff's Motion for Extension of Time to File Expert Disclosures [DE 40]. However, should the Court grant Plaintiff's Motion, Defendant respectfully requests this honorable Court also extend the deadlines related rebuttal expert witness summaries and reports, deadline to complete discovery, and the deadline to file

substantive pretrial motions.

Dated: November 28, 2017
Miami, Florida

                                        Respectfully submitted,

                                        MALTZMAN & PARTNERS, P.A.

By:     /s/ T. Alexander Devine
         Jeffrey B. Maltzman, Esq.
         Florida Bar No. 48860
         jeffreym@maltzmanpartners.com
         Steve Holman, Esq.
         Florida Bar No. 547840
         steveh@maltzmanpartners.com
         T. Alexander Devine, Esq.
         Florida Bar No. 10052
         alexd@maltzmanpartners.com
         55 Miracle Mile, Suite 300
         Coral Gables, FL  33134
         Tel: 305-779-5665
          Fax: 305-779-5664
         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 28th day of November 2017.  I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                        By:   */s/* T. Alexander Devine
                                                  T. Alexander Devine

**SERVICE LIST**
**CASE NO.: 17-CV-20134-RNS**

| | |
|---|---|
| Spencer Aronfeld, Esq.<br>Aronfeld@Aronfeld.com<br>Lovecia A. Holmes, Esq.<br>lholmes@Aronfeld.com<br>Mathias M. Hayashi, Esq.<br>MHayashi@Aronfeld.com<br>ARONFELD TRIAL LAWYERS<br>3132 Ponce de Leon Boulevard<br>Coral Gables, Florida 33134<br>Phone: 305-441-0440<br>Fax: 305-441-0198<br>*Attorneys for Plaintiff* | Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>T. Alexander Devine, Esq.<br>alexd@maltzmanpartners.com<br>MALTZMAN & PARTNERS, P.A.<br>55 Miracle Mile, Suite 300<br>Coral Gables, FL  33134<br>Phone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Defendant* |